1  WAGNER & JONES LLP
   NICHOLAS J.P. WAGNER Bar No. 109455
2  ANDREW B. JONES Bar No. 076915
   C.M. ADAMS Bar No. 192191
3  1111 E, Herndon, Suite 317
   Fresno, CA  93720
4  Telephone: (559) 449-1800
   Facsimile: (559) 449-0749
5
   Attorneys for Plaintiff
6  BONAFACIO GARCIA

7

   SEDGWICK, DETERT, MORAN & ARNOLD LLP
8  BRUCE D. CELEBREZZE  Bar No. 102181
   REBECCA A. HULL  Bar No. 99802
9  MARC A. KOONIN Bar No. 166210
   One Market Plaza
10 Steuart Tower, 8th Floor
   San Francisco, California 94105
11 Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
12
   Attorneys for Defendant
13 UNITED INSURANCE COMPANY OF AMERICA

14                UNITED STATES DISTRICT COURT

15                EASTERN DISTRICT OF CALIFORNIA

16 | Bonafacio Garcia,                          | CASE NO. 1:08-cv-01153-OWW-GSA
17 |          Plaintiff,                        | **STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**
18 |    v.                                      |
19 | United Insurance Company of America,       |
   | Hani Hassouneh, and DOES I-XX,             |
20 |                                            |
   |          Defendants.                       |
21

22

23     Plaintiff and remaining Defendant United Insurance Company of America  have now

24 settled all claims between them and request, pursuant to Federal Rules of Civil Procedure, Rule

25 41(a)(1), that this court enter an order dismissing Plaintiff's action against its entirety and with

26 prejudice, with all parties to bear their own costs and attorneys' fees related to their presence in

27 and dismissal from this action.

28

-1-  **CASE NO. 1:08-cv-01153-OWW-GSA**
STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

SF/1630978v1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: November 11, 2009      WAGNER & JONES L.L.P

By: /s/ Nicholas J.P. Wagner (as authorized on 11/24/09)
    NICHOLAS J.P. WAGNER
    Attorneys for Plaintiff
    BONAFACIO GARCIA

DATED: November 24, 2009      SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:      /s/ Marc A. Koonin
    BRUCE D. CELEBREZZE
    REBECCA A. HULL
    MARC A. KOONIN
    Attorneys for Defendant
    UNITED INSURANCE COMPANY OF AMERICA

**ORDER**

IT IS SO ORDERED.

DATED: November 24, 2009      /s/ OLIVER W. WANGER

HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

-2-   **CASE NO. 1:08-cv-01153-OWW-GSA**
STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

SF/1630978v1

PDF created with pdfFactory trial version www.pdffactory.com